IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONNIE LEE ALLEN<br>(TDCJ No. 1697664), | § <br> § <br> § | |
| Petitioner, | § <br> § | |
| V. | § <br> § | No. 3:15-CV-0659-D |
| LORIE DAVIS, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § <br> § <br> § <br> § | |
| Respondent. | § <br> § | |

## ORDER

The United States Magistrate Judge made his findings, conclusions, and a recommendation in this case on January 8, 2018. Petitioner filed his objection on February 7, 2018. The undersigned district judge has reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Considering the record in this case and pursuant to Fed. R. App. P. 22(b), Rule 11(a) of the Rules Governing §§ 2254 and 2255 proceedings, and 28 U.S.C. § 2253(c), the court denies a certificate of appealability. The court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation filed in this case in support of its finding that the petitioner has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims

debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S.473, 484 (2000).

If petitioner files a notice of appeal,

( )    petitioner may proceed *in forma pauperis* on appeal.

(**X**)    petitioner must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

**SO ORDERED**.

June 5, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE